UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATURAL RESOURCES DEFENSE
COUNCIL, INC., BREAST CANCER
PREVENTION PARTNERS, CENTER FOR
ENVIRONMENTAL HEALTH, CENTER
FOR FOOD SAFETY, ENVIRONMENTAL
DEFENSE FUND, and ENVIRONMENTAL
WORKING GROUP,

                               Plaintiffs,
    -against-                                        19 **CIVIL** 10005 (VSB)

                                                        **JUDGMENT**

U.S. FOOD AND DRUG
ADMINISTRATION, and ROBERT M.
CALIFF, M.D., in his official capacity as
Commissioner of the Food and Drug
Administration,

                               Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 12, 2022, because the Court finds that the FDA's decision denying Plaintiffs' citizen petition was not arbitrary or capricious in violation of the APA, and did not violate the Food Act, Plaintiffs' motion for summary judgment is DENIED, and the FDA's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

         April 21, 2022

                                                                **RUBY J. KRAJICK**
                                                               _____
                                                                    Clerk of Court
                                           **BY:**
                                                               _____
                                                                    Deputy Clerk